UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| BALKWILL, DIANE M. | ) | Case No. 09-37048-SQU |
| BALKWILL, LYNN ALLAN | ) | |
| | ) | Hon. JOHN H. SQUIRES |

**APPLICATION OF TRUSTEE'S COUNSEL OR OTHER PROFESSIONALS
FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES**

TO:   HONORABLE JOHN H. SQUIRES
       BANKRUPTCY JUDGE

GINA B. KROL, counsel for the Trustee pursuant to 11 U.S.C. §330 and FRBP 2016 submits this application for compensation and reimbursement of expenses and represents to the Court as follows:

1. An order for relief under Chapter 7 was entered on October 5, 2009. On December 4, 2009 an order was entered approving the employment of Counsel for the Trustee. Counsel has received $0.00 in previously awarded compensation and reimbursement of expenses.

2. Applicant requests $4,353.75, in compensation for 10.75 hours of services performed for the period November 23, 2009 through present and reimbursement of actual expenses in the amount of $53.40.

3. A description of the nature of the services rendered by the Applicant is as follows:

OBJECTION TO EXEMPTION

The Debtors originally claimed the Michigan real estate exempt as a homestead property. Debtors were not residing in the property at the time of the chapter 7 filing and had not ever consistently resided in the property. Cohen & Krol researched the propriety of the Debtors' homestead claim. Cohen & Krol then filed and prosecuted an objection to the Debtors' homestead claim. Ultimately the Debtors amended their Schedule C and withdrew their homestead exemption claim. Cohen & Krol expended 3.10 hours in the activity of Objection to Exemption.

PROFESSIONAL EMPLOYMENT

Cohen & Krol prepared and presented Trustee's applications to employ attorneys for the trustee, real estate broker for the trustee and special counsel to the trustee. The general attorneys for the trustee were necessary to present the requisite motions to the Bankruptcy Court. The real estate agent was required to assist the trustee in finding a buyer for the Debtors' out of state real property and special counsel was necessary to close the out of state real estate transaction on behalf of the trustee. Cohen & Krol expended 4.30 hours in the activity of Professional Employment.

SALE OF ASSETS

Cohen & Krol prepared and presented the Trustee's application for authority to sell the Debtors' investment real estate and to pay certain expenses at closing. Notice of the motion was served upon all creditors of the Estate. Cohen & Krol expended 3.35 hours in the activity of Sale of Assets.

4. Attached as Exhibit "A" is an itemized statement of the legal services rendered. The statement reflects the legal services rendered, the time expended and a description of the work performed.

5. The time expended and services rendered by Applicant is summarized as follows:

| Attorney | Hours | Hourly Rate | Total |
|---|---|---|---|
| GINA B. KROL/GBK2009 | 3.45 | 405.00 | 1,397.25 |
| GINA B. KROL/GBK2010 | 7.30 | 405.00 | 2,956.50 |

6. Attached as Exhibit "B" is an itemized statement of the actual expenses incurred by the Applicant.

7. Based on the nature, extent and value of services performed by the Applicant, the results achieved, and the costs of comparable services, the compensation and reimbursement of expenses sought are fair and reasonable.

8. At all times during Applicant's representation of the Trustee, Applicant was a disinterested person and neither represented nor held an interest adverse to the estate with respect to matters on which Applicant was employed.

WHEREFORE, Applicant requests that it be awarded reasonable compensation of $4,353.75 and reimbursement of actual and necessary expenses of $53.40 for legal services rendered in this case.

                                                    RESPECTFULLY SUBMITTED,

Date: August 8, 2011                        /s/ Gina B. Krol

GINA B. KROL  
105 West Madison Street  
Suite 1100  
Chicago, IL 60602-0000