# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

In re: §
         §
BALKWILL, DIANE M. §    Case No. 09-37048 SQU
BALKWILL, LYNN ALLAN §
         §
         Debtor(s) §

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that GINA B. KROL, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
CLERK OF BANKRUPTCY COURT
KENNETH S. GARDNER

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00 AM on 09/23/2011 in Courtroom 4016,
DuPage County Courthouse
505 N. County Farm Rd.
Wheaton, IL 60187
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 08/22/2011       By: CLERK OF BANKRUPTCY COURT


GINA B. KROL
105 WEST MADISON STREET
SUITE 1100
CHICAGO, IL 60602-0000

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
BALKWILL, DIANE M. § Case No. 09-37048 SQU
BALKWILL, LYNN ALLAN §
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 92,524.33 |
| and approved disbursements of | $ | 40,996.87 |
| leaving a balance on hand of[1] | $ | 51,527.46 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---:|---:|---:|---:|
| 000008 | South Cove Condominium Association | $ 13,067.24 | $ 13,067.24 | $ 0.00 | $ 13,067.24 |
| | Total to be paid to secured creditors | | | $ | 13,067.24 |
| | Remaining Balance | | | $ | 38,460.22 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: GINA B. KROL | $ 7,502.72 | $ 0.00 | $ 7,502.72 |
| Attorney for Trustee Fees: Cohen & Krol | $ 4,353.75 | $ 0.00 | $ 4,353.75 |
| Other: International Sureties Ltd. | $ 43.75 | $ 43.75 | $ 0.00 |
| Other: Cohen & Krol | $ 53.40 | $ 0.00 | $ 53.40 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

|  | Total to be paid for chapter 7 administrative expenses | $ | 11,909.87 |
|---|---|---|---|
|  | Remaining Balance | $ | 26,550.35 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 167,789.41 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 15.8 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | DISCOVER BANK | $ 5,448.19 | $ 0.00 | $ 862.10 |
| 000002 | PYOD LLC its successors and assigns as assignee of | $ 11,223.18 | $ 0.00 | $ 1,775.91 |
| 000003 | Chase Bank USA, N.A. | $ 1,519.26 | $ 0.00 | $ 240.40 |
| 000004 | Chase Bank USA, N.A. | $ 24,935.28 | $ 0.00 | $ 3,945.66 |
| 000005 | Chase Bank USA, N.A. | $ 2,528.98 | $ 0.00 | $ 400.18 |
| 000007 | GE Money Bank dba SAM'S CLUB DISCOVER | $ 5,059.10 | $ 0.00 | $ 800.53 |
| 000009 | FIA CARD SERVICES, NA/BANK OF AMERICA | $ 28,457.41 | $ 0.00 | $ 4,502.99 |
| 000010 | Citizens Bank | $ 88,618.01 | $ 0.00 | $ 14,022.58 |

Total to be paid to timely general unsecured creditors                $ 26,550.35

Remaining Balance                                       $_____0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/GINA B. KROL_____
                                              Trustee

GINA B. KROL
105 WEST MADISON STREET
SUITE 1100
CHICAGO, IL 60602-0000

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

```
                         United States Bankruptcy Court
                         Northern District of Illinois

In re:                                                        Case No. 09-37048-JHS
Diane M. Balkwill                                             Chapter 7
Lynn Allan Balkwill
        Debtors                   CERTIFICATE OF NOTICE

District/off: 0752-1        User: rgreen             Page 1 of 2          Date Rcvd: Aug 23, 2011
                            Form ID: pdf006          Total Noticed: 27


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 25, 2011.
db/jdb       +Diane M. Balkwill,    Lynn Allan Balkwill,    24W446 Burlington Avenue,    Naperville, IL 60563-1660
aty          +Gina B Krol, ESQ,    Cohen & Krol,    105 West Madison Street #1100,    Chicago, IL 60602-4600
aty          +Jeffrey K. Gutman,    Gutman & Associates LLC,    4018 North Lincoln,    Chicago, IL 60618-3010
aty          +Yan Teytelman,    Russell Simon, Chapter 13 Trustee,    33 Bronze Pointe, Suite 110,
               Swansea, IL 62226-8311
tr           +Gina B Krol,    Cohen & Krol,    105 West Madison St Ste 1100,    Chicago, IL 60602-4600
14538149      Bank of America,    4060 Ogletown/stan,    Newark, DE 19713
14538151     +Chase,    P.O. Box 15298,    Wilmington, DE 19850-5298
14538150      Chase,    P.O. Box 15298,    Newark, DE 19713
14538152      Chase,    P.O. Box 15298,    Wilmington, GA 30156
14839640      Chase Bank USA, N.A.,    PO Box 15145,    Wilmington, DE 19850-5145
14538153     +Citi,    P.O. Box 6241,    Sioux Falls, SD 57117-6241
14538155     +Citizens Bank,    328 South Saginaw Street,    Mail Code # 002064,    Flint, MI 48502-1940
15183258     +Citizens Bank,    101 N Washington,    Saginaw, MI 48607-1207
14538154      Citizens Bank,    33 S. Saginaw Street,    Flint, MI 48502
14538156     +Clerk of the Circuit Court,    Monroe County Courthouse,    3117 Overseas Highway,
               Marathon, FL 33050-2346
14538160      HSBC Payment Center,    P.O. Box 17313,    Baltimore, MD 21297-1313
14538159     +Horizon Bank N.A.,    c/o Rebecca H. Fischer,    112 W Jefferson Blvd., Suite 310,
               South Bend, IN 46601-1909
14538161     +JP Morgan Chase Bank,    Naperville UPO,    1212 Hobson Road,    Naperville, IL 60540-8124
14802742     +PYOD LLC its successors and assigns as assignee of,    Citibank,    c/o Resurgent Capital Services,
               PO Box 19008,    Greenville, SC 29602-9008
14538162     +Shutts & Bowen LLP,    1500 Miami Center,    201 South Biscayne Boulevard,    Miami, FL 33131-4308
15083210     +South Cove Condominium Association,    Albert L Culbertson III,    Hinshaw & Clubertson LLP,
               222 N LaSalle St Ste 300,    Chicago, IL 60601-1081
14538163     +SouthCove Condo Assn,    PO Box 192,    New Buffalo, MI 49117-0192

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14770495      E-mail/PDF: mrdiscen@discoverfinancial.com Aug 24 2011 04:14:18      DISCOVER BANK,
               DFS Services LLC,    PO Box 3025,    New Albany, Ohio   43054-3025
14538157      E-mail/PDF: mrdiscen@discoverfinancial.com Aug 24 2011 04:14:18      Discover Financial,
               PO Box 15316,    Wilmington, DE 19850
15090103      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Aug 24 2011 04:13:47
               FIA CARD SERVICES, NA/BANK OF AMERICA,    BY AMERICAN INFOSOURCE LP AS ITS AGENT,    PO Box 248809,
               Oklahoma City, OK   73124-8809
14979550     +E-mail/PDF: rmscedi@recoverycorp.com Aug 24 2011 04:14:27
               GE Money Bank dba SAM’S CLUB DISCOVER,    Care of Recovery Management Systems Corp,
               25 SE 2nd Ave Ste 1120,    Miami FL 33131-1605
14538158     +E-mail/PDF: gecsedi@recoverycorp.com Aug 24 2011 04:14:27     Gemb/Sams Club Dc.,
               P.O. Box 981416,    El Paso, TX 79998-1416
                                                                                              TOTAL: 5

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty           Cohen, Joseph E
aty           Sally A Taylor
                                                                                   TOTALS: 2, * 0, ## 0

Addresses marked ‘+’ were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

```
District/off: 0752-1           User: rgreen              Page 2 of 2            Date Rcvd: Aug 23, 2011
                               Form ID: pdf006          Total Noticed: 27

              ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 25, 2011**                    **Signature:**    _Joseph Speetjens_