UNITED STATES BANKRUPTCY COURT
DISTRICT OF

In re: §
§
BALKWILL, DIANE M. § Case No. 09-37048
BALKWILL, LYNN ALLAN §
§
Debtor(s) §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

GINA B. KROL, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: *(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $           (see **Exhibit 1**), minus funds paid to the debtor and third parties of $           (see **Exhibit 2**), yielded net receipts of $           from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| TOTAL DISBURSEMENTS | $ | $ | $ | $ |

4)  This case was originally filed under chapter   on                  . The case was pending for    months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____  By:/s/GINA B. KROL_____
                                                                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Diane & Lynn Balkwill |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Citizens Bank 33 S. Saginaw Street Flint, MI 48502 |  |  |  |  |  |
| 000006 | HORIZON BANK N.A. |  |  |  |  |  |
|  | HORIZON BANK, NA |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000008 | SOUTH COVE CONDOMINIUM ASSOCIATION | | | | | |
| | BERRIEN COUNTY TREASURER | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| GINA B. KROL | | | | | |
| INTERNATIONAL SURETIES | | | | | |
| Buyer Credit for Owner's Policy | | | | | |
| Closing Costs | | | | | |
| Tax Proration (2010) | | | | | |
| COHEN & KROL | | | | | |
| GINA B. KROL | | | | | |
| COHEN & KROL | | | | | |
| PASSARO & KAHNE | | | | | |
| PRUDENTIAL RUBLOFF PROPERTIES | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | HSBC Payment Center P.O. Box 17313 Baltimore, MD 21297-1313 | | | | | |
| | JP Morgan Chase Bank Naperville UPO 1212 Hobson Road Naperville, IL 60540 | | | | | |
| 000003 | CHASE BANK USA, N.A. | | | | | |
| 000004 | CHASE BANK USA, N.A. | | | | | |
| 000005 | CHASE BANK USA, N.A. | | | | | |
| 000010 | CITIZENS BANK | | | | | |
| 000001 | DISCOVER BANK | | | | | |
| 000009 | FIA CARD SERVICES, NA/BANK OF AMERI | | | | | |
| 000007 | GE MONEY BANK DBA SAM'S CLUB DISCO | | | | | |
| 000002 | PYOD LLC ITS SUCCESSORS AND ASSIGNS | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**

Case 09-37048  Doc 60  Filed 11/08/11  Entered 11/08/11 10:41:17  Desc Main
Case 09-37048  INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT  Page: 1
Document  ASSET CASES  Page 7 of 12

Exhibit 8

| Case No: | 09-37048 SQU  Judge: JOHN H. SQUIRES | Trustee Name: | GINA B. KROL |
|---|---|---|---|
| Case Name: | BALKWILL, DIANE M. | Date Filed (f) or Converted (c): | 10/05/09 (f) |
|  | BALKWILL, LYNN ALLAN | 341(a) Meeting Date: | 11/18/09 |
| For Period Ending: | 11/02/11 | Claims Bar Date: | 02/22/10 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Real Estate | 130,000.00 | 90,674.00 |  | 92,500.00 | FA |
| 2. Cash | 0.00 | 0.00 |  | 0.00 | FA |
| 3. BANK ACCONTS | 240.00 | 0.00 |  | 0.00 | FA |
| 4. Household Goods | 200.00 | 0.00 |  | 0.00 | FA |
| 5. CLOTHES | 1,500.00 | 0.00 |  | 0.00 | FA |
| 6. Jewelry | 500.00 | 0.00 |  | 0.00 | FA |
| 7. Boat | 145,000.00 | 0.00 |  | 0.00 | FA |
| 8. COMPUTER | 50.00 | 0.00 |  | 0.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A |  | 25.08 | Unknown |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)     $277,490.00     $90,674.00     $92,525.08     $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee sold Indiana real estate for sale. Trustee will review claims and prepare TFR.

Initial Projected Date of Final Report (TFR): 12/31/10     Current Projected Date of Final Report (TFR): 10/31/11

**UST Form 101-7-TDR (5/1/2011)** *(Page: 7)*

LFORM1     Ver: 16.04e

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 1

Exhibit 9

| Case No: | 09-37048 -SQU | Trustee Name: | GINA B. KROL |
|---|---|---|---|
| Case Name: | BALKWILL, DIANE M. | Bank Name: | BANK OF AMERICA, N.A. |
| | BALKWILL, LYNN ALLAN | Account Number / CD #: | *******0121 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******0864 | | |
| For Period Ending: | 11/02/11 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 05/04/10 | | First American Title Company<br>500 Renaissance Dr., Ste. 103<br>St. Joseph, MI 49085 | Proceeds of sale | | 59,016.88 | | 59,016.88 |
| | 1 | ROBERT & MARY LYNN FARMER | Memo Amount:        92,500.00<br>Sale Price | 1110-000 | | | |
| | | HORIZON BANK, NA | Memo Amount:    (   22,430.12 )<br>Mortgage Payoff | 4110-000 | | | |
| | | BERRIEN COUNTY TREASURER | Memo Amount:    (    2,588.13 )<br>Real Estate Taxes(2009) | 4700-000 | | | |
| | | PRUDENTIAL RUBLOFF PROPERTIES | Memo Amount:    (    5,550.00 )<br>Commission | 3510-000 | | | |
| | | PASSARO & KAHNE | Memo Amount:    (      675.00 )<br>Attorney's Fees | 3210-000 | | | |
| | | | Memo Amount:    (      855.50 )<br>Closing Costs | 2500-000 | | | |
| | | | Memo Amount:    (      727.37 )<br>Tax Proration (2010) | 2820-000 | | | |
| | | | Memo Amount:    (      657.00 )<br>Buyer Credit for Owner's Policy | 2500-000 | | | |
| 05/28/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.050 | 1270-000 | 2.01 | | 59,018.89 |
| 06/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.050 | 1270-000 | 2.43 | | 59,021.32 |
| 07/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.050 | 1270-000 | 2.51 | | 59,023.83 |
| 08/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.050 | 1270-000 | 2.51 | | 59,026.34 |
| 09/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.050 | 1270-000 | 2.43 | | 59,028.77 |
| 10/29/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.050 | 1270-000 | 2.50 | | 59,031.27 |
| 11/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.050 | 1270-000 | 2.43 | | 59,033.70 |
| 12/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.050 | 1270-000 | 2.51 | | 59,036.21 |
| 01/17/11 | 000301 | Diane & Lynn Balkwill<br>32 Hilton Haven Rd., Apt. 4<br>Key West, FL 33040 | Statutory Exemptions | 8100-002 | | 7,470.00 | 51,566.21 |
| 01/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.050 | 1270-000 | 2.45 | | 51,568.66 |
| 02/07/11 | 000302 | International Sureties Ltd. | BOND | 2300-000 | | 43.75 | 51,524.91 |

Page Subtotals        59,038.66        7,513.75

UST Form 101-7-TDR (5/1/2011) *(Page: 8)*

Ver: 16.04e

LFORM24

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 09-37048 -SQU | | Trustee Name: | GINA B. KROL |
| --- | --- | --- | --- | --- |
| Case Name: | BALKWILL, DIANE M. | | Bank Name: | BANK OF AMERICA, N.A. |
| | BALKWILL, LYNN ALLAN | | Account Number / CD #: | *******0121  Money Market Account (Interest Earn |
| Taxpayer ID No: | *******0864 | | | |
| For Period Ending: | 11/02/11 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | Suite 420 | BOND | | | | |
| | | 701 Poydras Street | | | | | |
| | | New Orleans, LA 70139 | | | | | |
| 02/28/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.40 | | 51,525.31 |
| 03/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.44 | | 51,525.75 |
| 04/29/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.42 | | 51,526.17 |
| 05/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.44 | | 51,526.61 |
| 06/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.42 | | 51,527.03 |
| 07/29/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.43 | | 51,527.46 |
| 08/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-002 | 0.45 | | 51,527.91 |
| 09/22/11 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-002 | 0.30 | | 51,528.21 |
| 09/22/11 | | Transfer to Acct #*******4111 | Final Posting Transfer | 9999-000 | | 51,528.21 | 0.00 |

|  | | | | |
| --- | --- | --- | --- | --- |
| Memo Allocation Receipts: | 92,500.00 | COLUMN TOTALS | 59,041.96 | 59,041.96 | 0.00 |
| Memo Allocation Disbursements: | 33,483.12 | Less:  Bank Transfers/CD's | 0.00 | 51,528.21 | |
| | | Subtotal | 59,041.96 | 7,513.75 | |
| Memo Allocation Net: | 59,016.88 | Less:  Payments to Debtors | | 7,470.00 | |
| | | Net | 59,041.96 | 43.75 | |

UST Form 101-7-TDR (5/1/2011) (Page: 9)

LFORM24

Page Subtotals     3.30     51,528.21

Ver: 16.04e

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 3

Exhibit 9

| Case No: | 09-37048 -SQU | | Trustee Name: | GINA B. KROL |
| --- | --- | --- | --- | --- |
| Case Name: | BALKWILL, DIANE M. | | Bank Name: | BANK OF AMERICA, N.A. |
| | BALKWILL, LYNN ALLAN | | Account Number / CD #: | *******4111 BofA - Checking Account |
| Taxpayer ID No: | *******0864 | | | |
| For Period Ending: | 11/02/11 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 09/22/11 | | Transfer from Acct #*******0121 | Transfer In From MMA Account | 9999-000 | 51,528.21 | | 51,528.21 |
| 09/22/11 | 003001 | GINA B. KROL<br>105 WEST MADISON STREET<br>SUITE 1100<br>CHICAGO, IL 60602-0000 | Chapter 7 Compensation/Fees | 2100-000 | | 7,502.72 | 44,025.49 |
| 09/22/11 | 003002 | Cohen & Krol<br>105 W. Madison St., Ste. 1100<br>Chicago, IL 60602 | Attorneys' Fees per court order | 3110-000 | | 2,902.50 | 41,122.99 |
| 09/22/11 | 003003 | Cohen & Krol<br>105 W. Madison St., Ste. 1100<br>Chicago, IL 60602 | Attorneys' Expenses per court order | 3120-000 | | 53.40 | 41,069.59 |
| 09/22/11 | 003004 | Gina B. Krol<br>105 W. Madison St.,<br>Chicago, IL 60602 | Attorney's fees per court order | 3110-000 | | 1,451.25 | 39,618.34 |
| 09/22/11 | 003005 | DISCOVER BANK<br>DFS Services LLC<br>PO Box 3025<br>New Albany, Ohio 43054-3025 | Claim 000001, Payment 15.82397% | 7100-900 | | 862.12 | 38,756.22 |
| 09/22/11 | 003006 | PYOD LLC its successors and assigns as assignee of Citibank<br>c/o Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602- | Claim 000002, Payment 15.82404% | 7100-900 | | 1,775.96 | 36,980.26 |
| 09/22/11 | 003007 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Claim 000003, Payment 15.82415% | 7100-900 | | 240.41 | 36,739.85 |
| 09/22/11 | 003008 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Claim 000004, Payment 15.82409% | 7100-900 | | 3,945.78 | 32,794.07 |
| 09/22/11 | 003009 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Claim 000005, Payment 15.82417% | 7100-900 | | 400.19 | 32,393.88 |

| | | Page Subtotals | 51,528.21 | 19,134.33 |
| --- | --- | --- | --- | --- |

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 4

Exhibit 9

| Case No: | 09-37048 -SQU | | Trustee Name: | GINA B. KROL |
|---|---|---|---|---|
| Case Name: | BALKWILL, DIANE M. | | Bank Name: | BANK OF AMERICA, N.A. |
| | BALKWILL, LYNN ALLAN | | Account Number / CD #: | *******4111  BofA - Checking Account |
| Taxpayer ID No: | *******0864 | | | |
| For Period Ending: | 11/02/11 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| | Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | 09/22/11 | 003010 | GE Money Bank dba SAM'S CLUB DISCOVER<br>Care of Recovery Management Systems Corp<br>25 SE 2nd Ave Ste 1120<br>Miami FL 33131 | Claim 000007, Payment 15.82416% | 7100-900 | | 800.56 | 31,593.32 |
| | 09/22/11 | 003011 | FIA CARD SERVICES, NA/BANK OF AMERICA<br>BY AMERICAN INFOSOURCE LP AS ITS<br>AGENT<br>PO Box 248809<br>Oklahoma City, OK 73124-8809 | Claim 000009, Payment 15.82407% | 7100-900 | | 4,503.12 | 27,090.20 |
| | 09/22/11 | 003012 | Citizens Bank<br>101 N Washington<br>Saginaw, MI 48607 | Claim 000010, Payment 15.82405% | 7100-900 | | 14,022.96 | 13,067.24 |
| * | 09/22/11 | 003013 | South Cove Condominium Association<br>Albert L Culbertson III<br>Hinshaw & Clubertson LLP<br>222 N LaSalle St Ste 300<br>Chicago, IL 60601 | Claim 000008, Payment 100.00000%<br>(8-1) Modified on 2/11/2010 to<br>correct creditor address. PR | 4110-003 | | 13,067.24 | 0.00 |
| * | 10/03/11 | 003013 | South Cove Condominium Association<br>Albert L Culbertson III<br>Hinshaw & Clubertson LLP<br>222 N LaSalle St Ste 300<br>Chicago, IL 60601 | Claim 000008, Payment 100.00000%<br>void old check and reissue to change payee to name of<br>claimant only | 4110-003 | | -13,067.24 | 13,067.24 |
| | 10/03/11 | 003014 | South Cove Condominium Association | Claim 000008, Payment 100.00000%<br>(8-1) Modified on 2/11/2010 to<br>correct creditor address. PR | 4110-000 | | 13,067.24 | 0.00 |

Page Subtotals        0.00        32,393.88

UST Form 101-7-TDR (5/1/2011) *(Page: 11)*

Ver: 16.04e

LFORM24

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 09-37048 -SQU | | Trustee Name: | GINA B. KROL |
| --- | --- | --- | --- | --- |
| Case Name: | BALKWILL, DIANE M. | | Bank Name: | BANK OF AMERICA, N.A. |
| | BALKWILL, LYNN ALLAN | | Account Number / CD #: | *******4111 BofA - Checking Account |
| Taxpayer ID No: | *******0864 | | | |
| For Period Ending: | 11/02/11 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| | | | | | | |
| --- | --- | --- | --- | --- | --- | --- |
| | Memo Allocation Receipts: | 0.00 | COLUMN TOTALS | | 51,528.21 | 51,528.21 | 0.00 |
| | Memo Allocation Disbursements: | 0.00 | Less: Bank Transfers/CD's | | 51,528.21 | 0.00 | |
| | | | Subtotal | | 0.00 | 51,528.21 | |
| | Memo Allocation Net: | 0.00 | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 0.00 | 51,528.21 | |

| | | | | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
| --- | --- | --- | --- | --- | --- | --- |
| Total Allocation Receipts: | 92,500.00 | | TOTAL - ALL ACCOUNTS | | | |
| Total Allocation Disbursements: | 33,483.12 | | Money Market Account (Interest Earn - ********0121 | 59,041.96 | 43.75 | 0.00 |
| | | | BofA - Checking Account - ********4111 | 0.00 | 51,528.21 | 0.00 |
| Total Memo Allocation Net: | 59,016.88 | | | 59,041.96 | 51,571.96 | 0.00 |
| | | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals 0.00 0.00